ute was passed for the guidance of trial and appellate courts in passing upon the sufficiency of the evidence but that the Legislature did not intend that the jury be instructed in accordance with the terms thereof.

The appellant's motion for rehearing is granted, and the order granting the State's motion for rehearing is set aside.

PER CURIAM.

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Allen Clarence MURPHY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28747.**

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

---

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**Andrew Paul CLEPPER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28552.**

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

On Motion to Reinstate Appeal

Jan. 9, 1957.

See also, 284 S.W.2d 739.